UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EDWIN REDMOND,

   Plaintiff,

-vs-                                                         CASE NO.: 3:20-CV-00134-SA-RP

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC. and EXETER FINANCE,
LLC

   Defendants.

_____/

**NOTICE OF SETTLEMENT PENDING AS TO**
**DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff, Edwin Redmond ("Plaintiff"), by and through the undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, Equifax Information Services, LLC ("Equifax") have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, Plaintiff and Equifax will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:: Stacey Moore Buchanan, Jones Walker LLP, 190 East Capitol Street, Suite 800, Jackson, MS 39201 (sbuchanan@joneswalker.com); Alan D. Leeth and Christopher D Meyer, Burr & Forman LLP, The Pinnacle at Jackson Place 190 East Capitol Street, Suite M-100, Jackson, MS 39201

(aleeth@burr.com; cmeyer@burr.com); and F. Ewin Henson, Upshaw Williams Biggers & Beckham, LLP, 309 Fulton Street, Greenwood, MS 38930 (ehenson@upshawwilliams.com.

*/s/ Jason R. Derry*
Jason R. Derry
*Admitted Pro Hac Vice (FL Bar #: 0036970)*
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 257-0577
jderry@ForThePeople.com
jkneeland@ForThePeople.com
*Counsel for Plaintiff*

And

*/s/ William Graves*
William Graves, Esquire
Mississippi Bar #: 105679
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS 39211
Telephone: (601) 503-1654
Facsimile: (601) 503-1606
WGraves@forthepeople.com
*Counsel for Plaintiff*