UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EDWIN REDMOND,

   Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EXETER FINANCE, LLC

   Defendants.
_____/

CASE NO.: 3:20-cv-00134-SA-RP

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Edwin Redmond ("Plaintiff"), and Defendants, Equifax Information Services, LLC; Experian Information Solutions, Inc., and Exeter Finance, LLC (collectively "Defendants"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 26th day of April, 2021.

| | |
|---|---|
| */s/ Jason R. Derry* | */s/ William A. Graves* |
| Jason R. Derry | William A. Graves |
| *Admitted Pro Hac Vice (FL Bar #: 0036970)* | Mississippi Bar #: 105679 |
| Morgan & Morgan, Tampa, P.A. | Morgan & Morgan, PLLC |
| 201 North Franklin Street, 7th Floor | 4450 Old Canton Road, Suite 200 |
| Tampa, FL 33602 | Jackson, MS 39211 |
| Telephone: (813) 223-5505 | Telephone: (601) 503-1654 |
| Facsimile: (813) 257-0577 | Facsimile: (601) 503-1606 |
| jderry@ForThePeople.com | WGraves@forthepeople.com |
| jkneeland@ForThePeople.com | *Local Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |

*/s/ Stacey Moore Buchanan*
Stacey Moore Buchanan
Mississippi Bar #: 103882
Jones Walker, LLP
190 East Capitol Street, Suite 800 (39201)
PO Box 4274
Jackson, Mississippi 39205-0427
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
sbuchanan@joneswalker.com
*Counsel for Defendant, Equifax Information Services, LLC*

*/s/ Alan D. Leeth*
Alan D. Leeth
Mississippi Bar #: 104112
Christopher D Meyer
Mississippi Bar #: 103467
Burr & Forman LLP
190 East Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
aleeth@burr.com
cmeyer@burr.com
*Counsel for Defendant, Exeter Finance LLC*

*/s/ F. Ewin Henson, III*
F. Ewin Henson, III
Mississippi Bar #: 2363
Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Greenwood, MS 38930
Telephone: (662) 455-1613
Facsimile: (662) 453-9245
ehenson@upshawwilliams.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Stacey Moore Buchanan, Jones Walker LLP, 190 East Capitol Street, Suite 800, Jackson, MS 39201 (sbuchanan@joneswalker.com); Alan D. Leeth and Christopher D Meyer, Burr & Forman LLP, The Pinnacle at Jackson Place 190 East Capitol Street, Suite M-100, Jackson, MS 39201 (aleeth@burr.com; cmeyer@burr.com); and F. Ewin Henson, Upshaw Williams Biggers & Beckham, LLP, 309 Fulton Street, Greenwood, MS 38930 (ehenson@upshawwilliams.com).

*/s/ Jason R. Derry*
Jason R. Derry
*Admitted Pro Hac Vice (FL Bar #: 0036970)*
Morgan & Morgan, Tampa, P.A.
*Counsel for Plaintiff*